UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1749

PORT ERIE PLASTICS, INC.

v.

UPTOWN NAILS, LLC;
LARRY G. KAPFER, JR.;
FRANK GLEESON;
FRANK BRUNO;
AMERICAN ARBITRATION ASSOCIATION

Uptown Nails, LLC; Larry G. Kapper, Jr.;
Frank Gleeson; Frank Bruno,
            Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
D.C. Civil 03-cv-00370
District Judge:  The Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
February 10, 2006

Before: SCIRICA, Chief Judge, BARRY and FISHER, Circuit Judges

JUDGMENT

This cause came to be heard on the record from the District Court for the Western

District of Pennsylvania and was submitted on February 10, 2006.

After consideration of all contentions raised by appellants, it is

ADJUDGED and ORDERED that the order of the District Court be and hereby is affirmed. Costs taxed against appellants. All in accordance with the Opinion of the Court.

                        ATTEST:

                        /s/ Marcia M. Waldron
                        Marcia M. Waldron, Clerk

Dated: March 10, 2006

Cost taxed in favor of Appellee as follows:

Appellee's Brief:................$53.45
Sales Tax:.........................$3.21

Total................................$56.66

**Certified as a true copy and issued in lieu of
a formal mandate on 04/04/06**

**Teste:
Clerk, U.S. Court of Appeals for the Third Circuit**